**DISMISS; and Opinion Filed November 19, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00370-CV

### GENA MARCELLA MERCADANTE AND
### KENNETH JOHN MERCADANTE, Appellants
### V.
### ZLH LC, INC. F/K/A ZALE LIPSHY UNIVERSITY HOSPITAL, INC., Appellee

### On Appeal from the 95th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-10-15882-D

## MEMORANDUM OPINION
Before Justices FitzGerald, Lang, and Brown
Opinion by Justice Brown

Before the Court is appellee's motion to dismiss the appeal. Appellee contends the appeal should be dismissed for want of prosecution because appellants have failed to file a brief.

Appellant's brief was originally due on June 7, 2014. The Court granted numerous extensions totaling an additional 108 days to file their brief. When appellants failed to file their brief by October 21, 2014, the Court sent appellants a past-due notice instructing appellants to file their brief and an extension motion within ten days and cautioning them that failure to do so will result in dismissal of the appeal. Nevertheless, rather than filing a brief, appellants have again sought another extension of time. We deny appellants' extension motion.

We grant appellee's motion and dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1) & 42.3(b), (c).

/Ada Brown/

ADA BROWN
JUSTICE

140370F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

GENA MARCELLA MERCADANTE
AND KENNETH JOHN MERCADANTE,
Appellants

No. 05-14-00370-CV　　　V.

ZLH LC, INC. F/K/A ZALE LIPSHY
UNIVERSITY HOSPITAL, INC., Appellee

On Appeal from the 95th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-10-15882.
Opinion delivered by Justice Brown.
Justices FitzGerald and Lang, participating.

　　　In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

　　　It is **ORDERED** that appellee ZLH LC, INC. F/K/A ZALE LIPSHY UNIVERSITY HOSPITAL, INC. recover its costs of this appeal from appellants GENA MARCELLA MERCADANTE AND KENNETH JOHN MERCADANTE.


Judgment entered this 19th day of November, 2014.